UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| John M Yarcho,<br><br>             Plaintiff,<br><br>     v.<br><br>City of Issaquah,<br><br>             Defendant. | CASE NO. 2:10-cv-01949-MJP<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

At the request of Plaintiff, an extension of time to file the joint status report is granted. The report will be due on March 14, 2011. All other FRCP 26-related dates are adjusted accordingly. Failure to adhere to these deadlines may result in sanctions, up to and including dismissal of this action.

The clerk is ordered to provide copies of this order to all counsel.

Filed this _27th_ day of January, 2011.

MINUTE ORDER- 1

|    |    |
|----|----|
| 1  | William M. McCool |
|    | Clerk of Court |
| 2  |    |
|    | s/Mary Duett |
| 3  | Deputy Clerk |

MINUTE ORDER- 2